IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION




United States Courts
Southern District of Texas
FILED

JUN 15 2015

David J. Bradley, Clerk of Court

| | |
|---|---|
| Michael A. McCann<br>Creditor Not Debtor<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA dba<br>INTERNAL REVENUE SERVICE<br><br>&<br><br>SPENCER PLANTATION<br>INVESTMENTS, LTD. | §§§§§§§§§§§§§§§§ Civil Action No. 4:15-cv-162 |

**TRIAL BY JURY IS REQUESTED HEREIN:**

### PROOF OF SERVICE

**SEE ATTACHED EXHIBIT "A"**

1. A copy of the petition and citation was mailed by certified mail, return receipt requested and regular mail to the Internal Revenue Service and David B. Mora, Special Assistant U.S. Attorney, 8701 South Gessner, Suite 710, Houston, Texas 77074, on the 19th. day of May, 2015 and receipt was on May 20, 2015.

2. A copy of the petition and citation was mailed by certified mail, return receipt requested and regular mail to John H. Greenberg, Registered Agent for SPENCER PLANTATION INVESTMENTS, LTD., (a Texas Limited Partnership, doing business in Brazoria County, Texas at 324 West Texas, Brazoria, Texas, 77422) on the 19th. day of May, 2015 and receipt was on May 21, 2015.

3. A copy of the petition and citation was mailed by certified mail, return receipt requested and regular mail to the George H. Rau, Jr. 2513 N. Velasco/P.O. Box 878, Angleton, Texas 77515, on the 19th. day of May, 2015 and receipt was on May 28, 2015.

4. A copy of the petition and citation was mailed by certified mail, return receipt requested and regular mail to Wayne G. DuBose, Jr., United States Attorney, dba Internal Revenue Service, 717 N. Harwood St., Suite 400, Dallas, Texas 75201, on the 19th. of May, 2015 and receipt was on May 21st., 2015.

5. A copy of the petition and citation was mailed by certified mail, return receipt requested and regular mail to United States Department of Justice, Office of the Attorney General, Honorable Loretta E. Lynch, 950 Pennsylvania Avenue, NW, Washington DC, 20530-0001 on the 20th. day of May, 2015 and receipt was on May 27, 2015.

_____    6/15/2015
Michael A. McCann,                    Date
In Propria Persona

## ACKNOWLEDGMENT

Before me, the undersigned NOTARY PUBLIC, in and for THE STATE OF TEXAS, Michael A. McCann personally appeared on June 15, 2015, and swore the facts stated herein are true and correct to the best of his knowledge and belief.

_____
Michael A. McCann

_____
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES _____

LAURA BLACKSTOCK
MY COMMISSION EXPIRES
March 4, 2018

6-15 Date 15

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **PROOF OF SERVICE** has been forwarded via U.S. Postal Service First Class Mail on this 15TH. day of June, 2015 to:

Internal Revenue Service and David B. Mora,
Special Assistant U.S. Attorney
8701 South Gessner, Suite 710
Houston, Texas 77074

John H. Greenberg
Registered Agent for SPENCER PLANTATION INVESTMENTS, LTD.,
324 West Texas, Brazoria, Texas, 77422

George H. Rau, Jr.
2513 N. Velasco/P.O. Box 878
Angleton, Texas 77515

Wayne G. DuBose, Jr.,
United States Attorney, dba Internal Revenue Service
717 N. Harwood St., Suite 400
Dallas, Texas 75201

United States Department of Justice
Office of the Attorney General
Honorable Loretta E. Lynch
950 Pennsylvania Avenue, NW
Washington DC, 20530-0001

_____
Michael A. McCann, Propria Persona
c/o P.O. Box 66
Brazoria, Texas [77422]

# EXHIBIT A

CAUSE NO. 79855-CV
23rd District Court

THE STATE OF TEXAS                                                                                   CITATION

TO:  **David B. Mora, Special Assist US Attorney**                                    Defendant
     **By Serving Its Registered Agent: David B. Mora**
     **8701 S. Gessner, Suite710**
     **Houston, TX 77074**

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Sworn Original Petition to Quiet Title** a Default Judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's office, 111 E. Locust, Room 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address. Our street address is 111 E. Locust, and we are located on the fifth floor of the Courthouse in Room 500.

The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **22nd day of December, 2014.** It bears Cause No. **79855-CV** and Styled:

**MICHAEL MCCANN
VS.
SPENCER PLANTATION INVESTMENTS, LTD, ET AL**

The name and address of the Attorney filing this action (or Party, if Pro Se) is **Michael McCann, P.O. Box 66, Brazoria, TX 77422.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **18th day of May, 2015.**

**RHONDA BARCHAK, DISTRICT CLERK
Brazoria County, Texas**

By _____, Deputy
    Cheyanne Gonzalez

**ORIGINAL**

Citation by Registered Agent

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVID B. MORA
Special Assist To US Atty.
8701 S. Gessner
Suite 710
Houston, TX. 77074

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Houston Alliance    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Houston Alliance                  2-0-2015

J. Cearley

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7004 1160 0004 4864 3756

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BRAZORIA TX 77422    OFFICIAL USE

Postage  $  $3.24
Certified Fee  $3.30
Return Receipt Fee (Endorsement Required)  $2.70
Restricted Delivery Fee (Endorsement Required)  $0.00
Total Postage & Fees  $  $8.24

Postmark Here    MAY 2015

Sent To: David B. Mora - Attorney
Street, Apt. No.; or PO Box No. 8701 S. Gessner Suite 710
City, State, ZIP+4 Houston, TX. 77074

PS Form 3800, June 2002    See Reverse for Instructions

7004 1160 0004 4864 3756

CAUSE NO. 79855-CV
23rd District Court

THE STATE OF TEXAS                                                                                               CITATION

TO:  **Spencer Plantation Investments, LTD**                                                          Defendant
     **By Serving Its Registered Agent John H. Greenberg**
     **314 W. Texas**
     **Brazoria, Texas 77422**

NOTICE:

    You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Sworn Original Petition to Quiet Title** a Default Judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's office, 111 E. Locust, Room 500, Angleton, TX  77515-4678 or by bringing said answer in person to the aforementioned address. Our street address is 111 E. Locust, and we are located on the fifth floor of the Courthouse in Room 500.

    The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **22nd day of December, 2014**.  It bears Cause No. **79855-CV** and Styled:

**MICHAEL MCCANN**
**VS.**
**SPENCER PLANTATION INVESTMENTS, LTD, ET AL**

    The name and address of the Attorney filing this action (or Party, if Pro Se) is **Michael McCann, P.O. Box 66, Brazoria, TX  77422.**

    The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

    Issued under my hand and the seal of said Court, at Angleton, Texas, on the **18th day of May, 2015.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _____ Deputy
    Cheyanne Gonzalez

**ORIGINAL**

Citation by Registered Agent

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Spencer Plantation Invest., LTD
   314 W. Texas
   Brazoria, TX.
   77422

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Jonthn Chapa_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jonathan Chapa
C. Date of Delivery: 5/21/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4864 3787

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE
BRAZORIA TX 77422

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: Spencer Plantation
Street, Apt. No; or PO Box No. 314 W. Texas
City, State, ZIP+4 Brazoria, TX 77422

PS Form 3600, June 2002   See Reverse for Instructions

7004 1160 0004 4864 3787

CAUSE NO. 79855-CV
23rd District Court

THE STATE OF TEXAS                                                                                          CITATION

TO:  **George H. Rau, Jr.**                                                                              Defendant
     **By Serving Its Registered Agent: John H. Greenberg**
     **2513 N. Velasco/P.O. Box 878**
     **Angleton, Texas 77515**

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Sworn Original Petition to Quiet Title** a Default Judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's office, 111 E. Locust, Room 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address. Our street address is 111 E. Locust, and we are located on the fifth floor of the Courthouse in Room 500.

The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **22nd day of December, 2014**. It bears Cause No. **79855-CV** and Styled:

**MICHAEL MCCANN**
**VS.**
**SPENCER PLANTATION INVESTMENTS, LTD, ET AL**

The name and address of the Attorney filing this action (or Party, if Pro Se) is **Michael McCann, P.O. Box 66, Brazoria, TX 77422.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **18th day of May, 2015**.

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _____, Deputy
    Cheyanne Gonzalez

Citation by Registered Agent

**ORIGINAL**



CAUSE NO. 79855-CV
23rd District Court

THE STATE OF TEXAS                                                                   CITATION

TO:   **United States**                                                              Defendant
      **By Serving Its Registered Agent: US Atty for the Dept. of Justice**
      **Wayne G. DuBose, Jr.**
      **717 N. Harwood St, Suite 400**
      **Dallas, Texas 75201**

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Sworn Original Petition to Quiet Title** a Default Judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's office, 111 E. Locust, Room 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address. Our street address is 111 E. Locust, and we are located on the fifth floor of the Courthouse in Room 500.

The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **22nd day of December, 2014**. It bears Cause No. **79855-CV** and Styled:

**MICHAEL MCCANN
VS.
SPENCER PLANTATION INVESTMENTS, LTD, ET AL**

The name and address of the Attorney filing this action (or Party, if Pro Se) is **Michael McCann, P.O. Box 66, Brazoria, TX 77422.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **18th day of May, 2015.**

**RHONDA BARCHAK, DISTRICT CLERK
Brazoria County, Texas**

By _____, Deputy
      Cheyanne Gonzalez

Citation by Registered Agent                                                        **ORIGINAL**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wayne G. DuBose, Jr.
717 N. Harwood St.
Suite 400
Dallas, Texas 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  D. Richardson    ☑ Agent   ☐ Addressee

B. Received by (Printed Name): D. Richardson
C. Date of Delivery: 5/21/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4864 3763

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

DALLAS TX 75201

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: MAY 07 2015   05/19/2015

Sent To: Wayne G. DuBose
Street, Apt. No.; or PO Box No.: 717 N. Harwood St. # 400
City, State, ZIP+4: Dallas, Tx. 75201

7004 1160 0004 4864 3763

PS Form 3800, June 2002    See Reverse for Instructions

**CAUSE NO. 79855-CV**
**23rd District Court**

THE STATE OF TEXAS                                                      CITATION

TO:   U.S. Department of Justice, Office of the Attorney General        Defendant
        By Serving Its Registered Agent: The Honorable Loretta E.
        Lynch, Attorney General
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-0001

NOTICE:

       You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Sworn Original Petition to Quiet Title** a Default Judgment may be taken against you. Said answer may be filed by mailing same to: District Clerk's office, 111 E. Locust, Room 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address. Our street address is 111 E. Locust, and we are located on the fifth floor of the Courthouse in Room 500.

       The case is presently pending before the **23rd District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **22nd day of December, 2014.** It bears Cause No. **79855-CV** and Styled:

**MICHAEL MCCANN**
VS.
**SPENCER PLANTATION INVESTMENTS, LTD, ET AL**

       The name and address of the Attorney filing this action (or Party, if Pro Se) is **Michael McCann, P.O. Box 66, Brazoria, TX 77422.**

       The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition to be attached to this Citation by Plaintiff's attorney.

       Issued under my hand and the seal of said Court, at Angleton, Texas, on the **20th day of May, 2015.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By _____, Deputy
     Cheyanne Gonzalez

Citation by Registered Agent                                                                                        **SERVICE COPY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. DEPARTMENT OF JUSTICE
   OFFICE OF THE ATTORNEY GENERAL
   HONORABLE LORETTA E. LYNCH
   950 PENNSYLVANIA AVENUE, NW
   WASHINGTON, DC
   20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                MAY 27 2015

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4864 3800

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $2.30 |
| Certified Fee | $3.45 |
| Return Receipt Fee (Endorsement Required) | $2.80 |
| Restricted Delivery Fee (Endorsement Required) | $0 |
| Total Postage & Fees | $8.55 |

Postmark Here — BRAZORIA TX — 05/20/2015

Sent To: ATTORNEY General DOJ
Street, Apt. No.; or PO Box No.: 950 PENNSYLVANIA AVE, NW
City, State, ZIP+4: WASH DC 20580-0001

PS Form 3800, June 2002   See Reverse for Instructions

Article Number: 7004 1160 0004 4864 3800